**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00179-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JAVIER LOZOYA-SOLIS,
    a/k/a Juan Calderon-Romero
    a/k/a Javier LaSoya,
    a/k/a Jose Lazoya,
    a/k/a Javier Salcedo,
    a/k/a Carlos Martinez-Zepeda,
    a/k/a Francisco Ortiz,

    Defendant.

---

### MINUTE ORDER[1]

---

On August 18, 2011, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **September 16, 2011**, commencing at 10:00 a.m., the court shall conduct the change of plea hearing in this matter;

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing; and

3. That the telephonic setting conference set for Friday, August 19, 2011, is **VACATED**.

Dated:  August 18, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.